UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENCOMPASS HEALTHCARE, PLLC,

          Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

          Defendant.

_____/

Case No. 2:22-cv-11915

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER
## OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter having come on to be heard based upon the Stipulation of the parties hereto, through their respective counsel;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** as to Defendant, **ALLSTATE INSURANCE COMPANY**, with prejudice and without costs to any party.

**IT IS SO ORDERED.**

This is a final order and does close this case.

                                             s/ Stephen J. Murphy, III
                                             STEPHEN J. MURPHY, III
                                             United States District Judge

Dated: March 8, 2023

I HEREBY STIPULATE AND APPROVE
THE ABOVE ORDER.

DEVLIN LAW, PLLC

By: /s/ *Adam J. Devlin (w/permission)*
ADAM J. DEVLIN (P72877)
Attorney for Plaintiff


GARAN LUCOW MILLER, P.C.

By: /s/ C. David Miller II
C. DAVID MILLER II (P38449)
Attorneys for Defendant

2